USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
:
United States of America, :
:
    -v-                                                                : 21-cr-41 (AJN)
:
Delvis Ramirez, et al., : ORDER
:
                           Defendants. :
:
-----------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

       The above-captioned case has been assigned to me for all purposes. Due to the logistical challenges of conducting a remote proceeding with multiple defendants who all require the service of an interpreter, the Court will arraign and conduct initial conferences for each defendant separately.

       The parties are hereby ORDERED to meet and confer and propose a trial and motions schedule by no later than January 28, 2021.

       SO ORDERED.

Dated: January 26, 2021
       New York, New York                       _____
                                                          ALISON J. NATHAN
                                                   United States District Judge