USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                          :

United States of America,                            :

            -v-                                 :          21-cr-41 (AJN)

Delvis Ramirez,                                 :             ORDER

                Defendants.           :

----------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

        The bail hearing for Defendant Delvis Ramirez is hereby scheduled to occur on **February 10, 2021 at 10:30 A.M.** If the Defendant consents to proceeding remotely, the proceeding will take place as a teleconference. As requested, defense counsel will be given an opportunity to speak with the Defendant by telephone for fifteen minutes before the proceeding begins (i.e., at **10:15 a.m.**); defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time. At 10:30 A.M. on February 10, 2021, the parties shall dial **(888) 363-4749** and enter access code **919-6964#**. Members of the public may access audio for the proceeding by calling the same number, but they will not be allowed to speak during the hearing.

        In advance of the proceeding, defense counsel shall confer with the Defendant regarding waiving his physical presence and provide the attached waiver form to him. If the Defendant consents and is able to sign the form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by defense counsel), defense counsel shall file the executed form **at least 48 hours prior to the proceeding**. In the event the Defendant consents, but counsel is unable to obtain or affix the Defendant's signature on the form, the Court will conduct an inquiry

at the outset of the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature to the form. If the Defendant agrees to proceed remotely, defense counsel shall indicate to the Court whether videoconference technology is reasonably available to him.

**The parties shall file their respective written submissions by February 8, 2021.** To the extent that there are any other documents relevant to the proceeding, counsel should submit them to the Court (by email or on ECF, as appropriate) **at least 24 hours prior to the proceeding**. To the extent any documents require the Defendant's signature, defense counsel should endeavor to get them signed in advance of the proceeding as set forth above; if defense counsel is unable to do so, the Court will conduct an inquiry during the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature. The parties are advised to consult the Court's Individual Practices in Criminal Cases well in advance of the proceeding.

SO ORDERED.

Dated: February 4, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                -v-                                **WAIVER OF RIGHT TO BE PRESENT AT**
                                                **CRIMINAL PROCEEDING**

                 ,
                    Defendant.                          21-cr-41 (AJN)
-------------------------------------------------------------X

**Check Proceeding that Applies**

_____     Bail Hearing

I am applying or in the future may apply for release from detention, or if not detained, for modification of the conditions of my release from custody, that is, my bail conditions. I understand that I have a right to appear in person before a judge in a courtroom in the Southern District of New York at the time that my attorney makes such an application. I have discussed these rights with my attorney and wish to give up these rights due to the COVID-19 pandemic so long as the following conditions are met. I request that my attorney be permitted to make applications for my release from custody or for modification of the conditions of my release, even though I will not be physically present. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:                  _____
                           Signature of Defendant

                          _____
                           Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date:                  _____
                           Signature of Defense Counsel

                          _____
                           Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

2

Date: _____
Signature of Defense Counsel

**Accepted:** _____
Signature of Judge
Date: