USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                :
United States of America,                       :
                                                :
     -v-                                        :     21-cr-41 (AJN)
                                                :
Delvis Ramirez,                                 :     ORDER
                                                :
                         Defendant.             :
                                                :
------------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

As stated on the record at the bail hearing that took place on February 10, 2021, the Court hereby ORDERS that Defendant Delvis Ramirez be released on a $500,000 bond that must be co-signed by six responsible persons and secured by $20,000 cash. Mr. Ramirez shall be released once those conditions are met.

The Court further ORDERS the following additional conditions of release:

- Mr. Ramirez shall be supervised by Pretrial Services;

- Mr. Ramirez shall surrender all travel documents and shall make no new applications;

- Mr. Ramirez shall remain in home detention enforced by location monitoring as directed by Pretrial Services;

- Mr. Ramirez shall obtain and maintain verifiable and stationary employment and verify that employment with Pretrial Services;

- Mr. Ramirez's travel shall be restricted to the Southern and Eastern Districts of New York;

- Mr. Ramirez shall refrain from possession of a firearm, destructive device, or other dangerous weapon;

- Mr. Ramirez shall refrain from any direct or indirect communication with his co-defendants or members of his co-defendants' households unless in the presence of counsel.

SO ORDERED.

Dated: February 10, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge