USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                                   :

United States of America,                                :

          -v-                                        :           21-cr-41 (AJN)

Delvis Ramirez,                                         :           ORDER

                    Defendant.                      :

------------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      On March 3, 2021, Defendant Delvis Ramirez submitted his response to Dkt. No. 31 by email, requesting that it be filed under seal. The Court sees no basis to file the letter entirely under seal, as whatever sensitive information is contained in the letter may be redacted. Accordingly, counsel for Mr. Ramirez is ORDERED to meet and confer with counsel for the Government and propose redactions to Mr. Ramirez's March 3, 2021 letter by no later than March 5, 2021.

SO ORDERED.

Dated: March 4, 2021
       New York, New York

                                                 ALISON J. NATHAN
                                        United States District Judge