USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Delvis Ramirez, Pedro Sosa-Zarzuela, and Rodolfo Escoto,

Defendants.

21-cr-41 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Defense counsel filed a letter on the docket, Dkt. No. 49 at 2, referencing a defendant who does not appear on the docket. Defense counsel also filed a letter on the docket, Dkt. No. 48, which appears to be a request for relief that was previously granted at Dkt. No. 5. Counsel is ORDERED to file a letter clarifying for which defendant he is seeking relief and the exact relief sought.

SO ORDERED.

Dated: July 13, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge