UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Delvis Ramirez, Pedro Sosa-Zarzuela, and Rodolfo Escoto,

Defendant.

21-cr-41 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/21

ALISON J. NATHAN, District Judge:

No response has been filed pursuant to this Court's Order dated July 13, 2021. Dkt. No. 50. The Court therefore assumes that the request has either been withdrawn or satisfied.

This resolves Dkt. Nos. 48 and 49.

SO ORDERED.

Dated: August 3, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge