UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Delvis Ramirez, Pedro Sosa-Zarzuela, and Rodolfo Escoto,

Defendant.

21-cr-41 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

This Court set a deadline for the filing of pre-trial motions in its July 15 Order. Dkt. No. 47. The deadline has now passed, and no motions were filed.

The Court is required to submit a jury request for any 2021 fourth quarter trials by August 15, 2021, pursuant to the Southern District of New York's Protocol for Scheduling Cases for Trial that was implemented as a result of the COVID-19 pandemic. The parties are hereby ORDERED to submit a joint letter by August 5, 2021, indicating whether they are prepared to go forward with trial on December 6, 2021, or whether they request an adjournment until the first quarter of 2022. If the parties request an adjournment, the joint letter should include an application by the government pursuant to the Speedy Trial Act and indicate whether the defendant consents.

SO ORDERED.

Dated: August 3, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge