UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Ramirez et al.,

              Defendants.

21-cr-41 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      As the Court explained in its August 7, 2021 Order, *see* Dkt. No. 55, the Southern District of New York has adopted a centralized calendaring system for jury trials during the COVID-19 pandemic.  Under the system currently in place, the Clerk's Office schedules up to four jury trials to begin on each day of jury selection: one primary case and up to three back-up cases that may proceed if the respective primary case does not go forward.  The Clerk's Office also schedules up to four cases for each week as "trial ready."  These cases may proceed if both the primary and backup cases for one of the days during the week do not go forward.

      On August 7, the parties informed the Court that they wished to proceed to trial during the first quarter of 2022.  *See* Dkt. No. 54.  The Court accordingly requested a jury trial for March 7, 2022.  The Clerk's Office has now notified the Court that this case has been scheduled as the third back up case for March 22, 2022. The case will proceed if the primary and secondary cases do not go forward.

      The case must therefore be trial ready for that date.  As soon as the Court confirms whether the matter will proceed during the week of March 22, 2022, it will inform the parties. If

the case cannot proceed during the week of March 22, 2022, the Court will seek another jury trial date for as soon as possible thereafter.

    Within one week of this Order, the parties should file a joint letter informing the Court of whether they wish to remain the third back up for March 22, 2022.  If not, the parties should propose trial dates starting in April 2022.

    SO ORDERED.

Dated: December 9, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge