UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                 :
UNITED STATES OF AMERICA     :
                                 :
        - v. -                :        21 Cr. 41 (AJN)
                                 :
DELVIS RAMIREZ,              :
                                 :
                Defendant.   :
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/22

  WHEREAS the defendant DELVIS RAMIREZ has advised, through counsel, that he wishes to enter a guilty plea;

  WHEREAS the Court has referred the change-of-plea hearing to Magistrate Court;

  WHEREAS the defendant has requested that his guilty plea be taken remotely by videoconference;

  WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

  WHEREAS the Coronavirus Aid, Relief, and Economic Securities Act, findings made by the Judicial Conference of the United States, and the June 24, 2020 Amended Standing Order of Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by videoconference, or teleconference if videoconferencing is not reasonably available, subject to certain findings made by the District Judge;

  THE COURT HEREBY FINDS that because the defendant has consented to proceeding remotely, and because videoconferencing is not reasonably available, the plea proceeding cannot be further delayed without serious harm to the interests of justice and may

proceed remotely by teleconference.

SO ORDERED:

Dated:   New York, New York
         January 25 , 2022

_____
THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK