UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Delvis Ramirez

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY TELE CONFERENCE**

21-CR-41 ( )( )

Defendant ___Delvis Ramirez___ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

__✓__ Conference Before a Judicial Officer – for plea

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

___Delvis Ramirez___
Print Defendant's Name

_____
Defendant's Counsel's Signature

___David Touger___
Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

___1/24/22___
Date

_____
Ona T. Wang
United States Magistrate Judge