UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ramirez et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2022

21-cr-41 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A final pretrial conference in this matter is currently scheduled for February 8, 2022. Dkt. No. 55. In light of the extensions to the pretrial submissions, Dkt. No. 60, the Court hereby ADJOURNS the final pretrial conference to Tuesday, March 8, 2022 at 10:00 AM. The proceeding will take place in Courtroom 906 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated: January 25, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge