

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 1, 2022

```
┌──────────────────────────────┐
│ USDC SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #:_____ │
│ DATE FILED: 2/1/22            │
└──────────────────────────────┘
```

**BY ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

     Re:     **United States v. Delvis Ramirez, 21 Cr. 41 (AJN)**

Dear Judge Nathan:

     The Government submits this letter jointly with counsel for defendant Delvis Ramirez in response to the Court's January 31, 2022 Order. (Doc. No. 70.) Having conferred, the parties agree that the defendant shall self-surrender to the United States Marshals Service no later than Friday, February 4, 2022, at 12:00 p.m. The Government respectfully requests that the Court so-order the defendant's surrender at that date and time.

SO
ORDERED.

*[signature]*

2/1/22

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney for the
          Southern District of New York

          by:   /s/ Jun Xiang
             Daniel G. Nessim / Jun Xiang
             Assistant United States Attorneys
             (212) 637-2486 / -2289

**CC (via ECF)**
All Counsel