UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/22
```

United States of America,

—v—

Delvis Ramirez,

                        Defendant.

21-CR-41 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

       The Court is in receipt of Defendant Ramirez's motion for this Court to reconsider its

January 31, 2022 Order. Dkt. No. 74.  For the reasons stated in the Government's letter in

opposition, Dkt. No. 75, Mr. Ramirez's motion is DENIED.  Defendant remains remanded in

accordance with Dkt. No. 70.

       This resolves Dkt. No. 74.

       SO ORDERED.


Dated: February 3, 2022
       New York, New York

                                        _____
                                            ALISON J. NATHAN
                                        United States District Judge

1