# PELUSO & TOUGER, LLP
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
August 29, 2022

Honorable Paul A. Crotty
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Delvis Ramirez</u>,
   21 CR 41 (PAC)

Your Honor,

I am in receipt of the Court's latest directive adjourning the Sentencing in this matter to September 20, 2022 at 11:00AM. Unfortunately that time is problematic for me because I am scheduled to be before Judge Ricigliano in Nassau County Supreme Court at 10:00AM on that date and it would be quite difficult if not impossible for me to be able to appear in this Court's courtroom by 11:00AM. Thus, I am most respectfully asking the Court to adjust the time of the sentencing to a later time during that day or any other afternoon that week. I am also writing to confirm that Mr. Ramirez would like to be sentenced in person and not remotely.

Respectfully yours,

David Touger

8/29/2022
Mr. Ramirez's sentencing will take place in courtroom 14-C on Wednesday, September 21 at 3PM. SO ORDERED.

Paul A. Crotty