# PELUSO & TOUGER, LLP
*ATTORNEYS AT LAW*
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*

TELEPHONE: (212) 608-1234
FACSIMILE: (212) 513-1989

BY ECF:
December 13, 2023

Honorable Paul A. Crotty
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Delvis Ramirez,</u>
    21 CR 41(PAC)

Your Honor,

The refund bail check was finally received on December 6, 2023. After consulting with the family on the method they wanted to receive the funds, the $20,000.00 was wired to the family on December 7th and received the next day.

I want to formally thank the staff at the Southern District of New York for working so tirelessly to help get these funds retrieved.

Respectfully yours,
David Touger

---

12/15/2023
Contents noted. The Clerk is directed to terminate ECF# 155. SO ORDERED.

*/s/ Paul A. Crotty*